JOANNES BROTHERS COMPANY, Appellant, v. ARTHUR H. LAMBORN and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, on the authority of *McLaughlin* v. *Brinckerhoff* (222 App. Div. 458). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL MORTON, Respondent, v. FIRST NATIONAL PICTURES, INC., Appellant.— Order modified by disallowing examination as to item 5, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN BLANK, Respondent, v. DEREN COAT COMPANY, INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of GENERAL FOOTWEAR CORPORATION, Appellant, and A. C. LAWRENCE LEATHER COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ELIZABETH MARVIN BUTLER and Others, Appellants, for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between FREDERICK SNARE CORPORATION, Respondent, and FLEER BROS., Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PETER G. ATSALAS, as a Stockholder, etc., Appellant, v. SONYXELA REALTY CORPORATION and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EAGLE PENCIL COMPANY, Appellant, v. ERNEST JANNSEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

COLLEGIATE SPECIAL ADVERTISING AGENCY, INC., Respondent, Appellant, v. ROY BARNHILL, INC., and Others, Appellants, Respondents.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.